IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 30 2007

JAMES W. McCORMACK, CLERK
By: _____
                           DEP CLERK

UNITED STATES OF AMERICA

v.                                             NO. 4:06CR00133 - SWW

**MICHAEL JACKSON**

### DISMISSAL OF INDICTMENT

The United States of America, pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave of Court endorsed hereon, dismisses the indictment in the above captioned and numbered case. The indictment is dismissed because the case involves less than one gram of marijuana. This matter will be handled administratively by the Bureau of Prisons to conserve judicial time and resources.

Respectfully submitted,

TIM GRIFFIN
United States Attorney

By: _____
ROBERT J. GOVAR
Chief, Criminal Division
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600

### ORDER

Leave of Court is granted for the filing of this Dismissal of Indictment.

IT IS SO ORDERED this 30th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE